IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CHARLES LEDRICK**                                          PLAINTIFF

VS.                    **CASE NO. 4:07CV00462**

**REDDY ICE CORPORATION**                                    DEFENDANT

**ORDER**

The Clerk of the Court is directed to mail a copy of the Court's Order of January 2, 2008 (Doc.# 23) to plaintiff at 1916 Arrowhead Road, North Little Rock, Arkansas, 72118.

The Jury Trial set for the week of February 11, 2008 is removed from the trial docket to be rescheduled at a later time by an Amended Scheduling Order.

IT IS SO ORDERED THIS 7 day of January, 2007.

James M. Moody
United States District Judge