# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**CHARLES LEDRICK**                                                                                    **PLAINTIFF**

**VS.**                                  **CASE NO. 4:07CV00462 JMM**

**REDDY ICE CORPORATION**                                                            **DEFENDANT**

## ORDER

On December 7, 2007, the Clerk of the Court was directed to mail a copy of the December 2, 2007 Court's Order directing plaintiff to notify the Court within 10 days if he intended to seek replacement counsel or if he intended to proceed *pro se*.

Plaintiff has previously been given notice of Local Rule 5.5(c)(2) of the United States District Court which states that *pro se* litigants are required to respond to any communication from the Court within thirty (30) days or their case could be dismissed without prejudice.

Because plaintiff has failed to respond to the Court's Order as directed within 30 days, his case is dismissed without prejudice.

IT IS SO ORDERED this   11   day of   February  , 2008.

_____
James M. Moody
United States District Judge